IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

WILLIAM JARNIGAN,

    Plaintiff,

v.

NICOLE JOHNSON, GERE HEIM,
CHARMAIN J. KLYVE AND
JODI TIMMERMAN,

    Defendants.

ORDER

Case No.  14-cv-597-jdp

    Plaintiff William Jarnigan, an inmate in the custody of the Rock County Jail in Janesville, Wisconsin, has filed a proposed civil complaint.  Plaintiff requests leave to proceed without prepayment of the filing fee.  Because plaintiff is a prisoner, he is subject to the 1996 Prisoner Litigation Reform Act.  This means that before this court may decide whether he can proceed *in forma paupers*, he will have to make an initial partial payment of the filing fee for this case.  Plaintiff's initial partial payment cannot be calculated at this time because he has not submitted a certified copy of his inmate trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of the complaint.  28 U.S.C. § 1915(a)(2).

    For this case to proceed, plaintiff must submit the certified trust fund account statement no later than. If I find that plaintiff is indigent, I will calculate an initial partial payment amount that must be paid before the court can screen the merits of the complaint under 28 U.S.C. § 1915(e)(2).  Thereafter, plaintiff will be required to pay the balance of the filing fee in installments.

ORDER

IT IS ORDERED that plaintiff William Jarnigan may have until September 24, 2014 to submit a trust fund account statement for the period beginning approximately February 29, 2014 and ending approximately August 29, 2014. If, by September 24, 2014, plaintiff fails to respond to this order, I will assume that plaintiff wishes to withdraw this action voluntarily. In that event, the case will be closed without prejudice to plaintiff filing the case at a later date.

Entered this 3rd day of September, 2014.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge