IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

WILLIAM JARNIGAN,

                                                             JUDGMENT IN A CIVIL CASE

       Plaintiff,

                                                           14-cv-597-jdp

v.

NICOLE JOHNSON, GERE HEIM,
CHARMAINE J. KLYVE and
JODI TIMMERMAN,

       Defendants.

       This action came for consideration before the court with District Judge James D. Peterson presiding.  The issues have been considered and a decision has been rendered.

       IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case for plaintiff William Jarnigan's failure to state a claim upon which relief can be granted.

      /s/                                                      6/1/2016

_____          _____

      Peter Oppeneer, Clerk of Court               Date